IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| WYETH,<br><br>          Plaintiff,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>          Defendants. | Civ. Action No. 07-cv-632 (WDQ)<br><br>Judge William D. Quarles, Jr. |

## NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Pursuant to Local Rule 105.11, the Stipulated Protective Order entered in the above-captioned litigation, and the Court's Electronic Filing Procedures Manual, Plaintiff Wyeth, by its undersigned attorney, hereby gives notice that:

[ X ]    Wyeth's Confidential Status Report, and Exhibits A through C attached thereto, will be

         filed with the Clerk's Office in hard copy so that they may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: March 19, 2009

Respectfully submitted,

_____
Michael B. MacWilliams (#23442)
mbmacwilliams@venable.com
Christopher T. La Testa (#27709)
ctlatesta@venable.com

VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
(410) 244-7400
(410) 244-7742 (facsimile)

Basil J. Lewris
Bill.Lewris@finnegan.com
Robert D. Litowitz
Rob.Litowitz@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile (202) 408-4400

*Attorneys for Plaintiff Wyeth*