IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| WYETH, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civ. Action No. 07-cv-632 (WDQ) <br><br> Judge William D. Quarles, Jr. |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Wyeth's Motion to Seal Documents, and any opposition thereto, and for good cause shown, it is hereby this 19th day of March, 2009, by the United States District Court for the District of Maryland,

ORDERED that said Motion is GRANTED and that Wyeth's Confidential Status Report, and Exhibits A through C attached thereto shall be filed UNDER SEAL.

_____
Honorable William D. Quarles, Jr.
United States District Judge